B6B (Official Form 6B) (12/07)

In re   **Shameeka Jenkins**                                              Case No.   **15-12865**
_____
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on Hand | - | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Prepaid Debit | - | 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Misc. Household Goods (bedroom furniture, kitchen appliances, tables, chairs, sofas, TVs, etc.) | - | 700.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Pictures, Videos, and DVDs | - | 100.00 |
| 6. Wearing apparel. | | Used Clothing | - | 150.00 |
| 7. Furs and jewelry. | | Misc. Costume Jewelry | - | 50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance Policy w/ Employer - No CSV | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     1,510.00
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Shamecka Jenkins**                                                            Case No. __15-12865__
                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 403b w/ Current Employer - 100% Exempt | -- | 68.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Estimated 2014 Federal Income Tax Refund | -- | 6,000.00 |

Sub-Total >      6,068.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Shameeka Jenkins**,
Debtor

Case No. **15-12865**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1991 Lexus LS 400 - 260,000 miles - Impounded by Village of Hoffman Estates | - | 2,612.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > 2,612.00
(Total of this page)
Total > 10,190.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   Shamacka Jenkins
              Debtor

Case No.   15-12865

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx6306<br><br>Armor Systems Co<br>1700 Kiefer Dr<br>Ste 1<br>Zion, IL 60099 | | | Opened 10/01/14<br>Collection Attorney City Of Rolling Meadows | | | | 200.00 |
| Account No.<br><br>City of Rolling Meadows<br>Police Department<br>3600 Kirchoff Rd<br>Rolling Meadows, IL 60008 | | | Representing:<br>Armor Systems Co | | | | Notice Only |
| Account No. xxxx2017<br><br>Arnoldherris<br>111 West Jackson B<br>Chicago, IL 60604 | | | 04 Illinois Tollway Authority | | | | 850.00 |
| Account No.<br><br>Illinois Tollway Authority<br>2700 Ogden Ave.<br>Downers Grove, IL 60515 | | | Representing:<br>Arnoldherris | | | | Notice Only |

_7_ continuation sheets attached

Subtotal (Total of this page)   1,050.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Shamecka Jenkins

Case No. 15-12865

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx5049<br><br>Arnoldharris<br>111 West Jackson B<br>Chicago, IL 60604 | | | 04 Cook County Circuit Court | | | | 630.00 |
| Account No.<br><br>Cook Co Clerk of Circuit Court<br>Financial Collection Unit<br>50 W Washington St<br>Chicago, IL 60602 | | | Representing:<br>Arnoldharris | | | | Notice Only |
| Account No. xxxx9539<br><br>Arnoldharris<br>111 West Jackson B<br>Chicago, IL 60604 | | | 04 Illinois Tollway Authority | | | | 212.00 |
| Account No. xxxx2294<br><br>Arnoldharris<br>111 West Jackson B<br>Chicago, IL 60604 | | | 04 Illinois Tollway Authority | | | | 212.00 |
| Account No.<br><br>City of Chicago<br>Attn: Bankruptcy/Parking tickets<br>121 N LaSalle BSMT 107<br>Chicago, IL 60602 | | | Parking Tickets | | | | 393.40 |

Sheet no. 1 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,347.40

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Shamecka Jenkins** , Debtor

Case No. **15-12865**

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Harris & Harris<br>111 W Jackson Blvd, Ste 400<br>Chicago, IL 60604 | | | Representing:<br>City of Chicago | | | | Notice Only |
| Account No.<br><br>Linebarger Goggan Blair & Sampson<br>233 S Wacker Suite 4030<br>Chicago, IL 60606 | | | Representing:<br>City of Chicago | | | | Notice Only |
| Account No. xxxxxxx7162<br><br>ComEd Attn: Bkcy Group<br>3 Lincoln Center<br>Oakbrook Terrace, IL 60181 | - | | Utility | | | | 1,007.37 |
| Account No.<br><br>ComEd Attn: Bkcy Group<br>3 Lincoln Center<br>Oakbrook Terrace, IL 60181 | | | Representing:<br>ComEd Attn: Bkcy Group | | | | Notice Only |
| Account No. xxxx9167<br><br>Credit Acceptance<br>Attn: Bankruptcy Dept<br>25505 West 12 Mile Rd Ste 3000<br>Southfield, MI 48034 | - | | Opened 8/01/11 Last Active 11/28/11 | | | | 13,049.39 |

Sheet no. _2_ of _7_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **14,056.76**

B6F (Official Form 6F) (12/07) - Cont.

In re  Shamecka Jenkins
           Debtor

Case No.  15-12865

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 13 M1 134793<br><br>Baker & Miller PC<br>29 N Wacker Drive, Suite 500<br>Chicago, IL 60606 | | | Representing:<br>Credit Acceptance | | | | Notice Only |
| Account No. xxxx4784<br><br>Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007 | | | Opened 10/01/11<br>Collection Attorney Wow Internet Cable<br>Phone - 1 | | | | 1,342.00 |
| Account No.<br><br>WOW - Cable<br>PO Box 5716<br>Carol Stream, IL 60197 | | | Representing:<br>Credit Management Lp | | | | Notice Only |
| Account No. xxxxx2115<br><br>Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | | | Opened 5/01/14<br>Collection Attorney At T | | | | 784.89 |
| Account No.<br><br>AT & T Mobility<br>Attn: Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | | | Representing:<br>Enhanced Recovery Corp | | | | Notice Only |

Sheet no. 3 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   2,126.89

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Shameoka Jenkins** ,            Case No. __15-12865__
                                  Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx2676<br><br>Harvard Collection<br>4839 N Elston Ave<br>Chicago, IL 60630 | | | Opened 8/01/14<br>Collection Attorney II Dept Of Human Svcs | | | | 4,389.00 |
| Account No.<br><br>Illinois Dept of Human Services<br>Physical Services/ Bureau Collectio<br>401 S Clinton St 2nd Fl<br>Chicago, IL 60607 | | | Representing:<br>Harvard Collection | | | | Notice Only |
| Account No.<br><br>Illinois Dept of Employment Securit<br>Bankruptcy Unit Collection Subdivis<br>33 S State St 10th Floor<br>Chicago, IL 60603 | | | Overpayment | | | | 4,560.00 |
| Account No.<br><br>Nicor Gas<br>Attention: Bankruptcy Department<br>PO Box 549<br>Aurora, IL 60507 | | | Utility | | | | 2,793.39 |
| Account No.<br><br>Nicor Gas Co.<br>1844 Ferry Road<br>Naperville, IL 60563 | | | Representing:<br>Nicor Gas | | | | Notice Only |

Sheet no. __4__ of __7__ sheets attached to Schedule of         Subtotal      11,722.39
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  Shamaoka Jenkins
            Debtor

Case No. 15-12865

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx4373<br><br>Nw Collector<br>3601 Algonquin Rd<br>Rolling Meadow, IL 60008 | | - | 01 Village Of Streamwood | | | | 80.00 |
| Account No.<br><br>Village of Streamwood - Tickets<br>401 E Irving Park Rd<br>Streamwood, IL 60107 | | | Representing:<br>Nw Collector | | | | Notice Only |
| Account No. xxxxxxxxx4374<br><br>Nw Collector<br>3601 Algonquin Rd<br>Rolling Meadow, IL 60008 | | - | 01 Village Of Streamwood | | | | 80.00 |
| Account No.<br><br>Redmon's Village Towing<br>1323 Rodenburg Rd<br>Schaumburg, IL 60193 | | - | Tow fees | | | | 400.00 |
| Account No. xx xx xx0761<br><br>Shiv Sangar<br>c/o Todd Jeffery Stephens<br>833 Elm St, #205<br>Winnetka, IL 60093 | | - | Eviction | | | | 302.00 |

Sheet no. 5 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 862.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Shameeka Jenkins                                   Case No.  15-12865
                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. mult accts<br><br>Sim Financial Corp<br>Po Box 9500<br>Wilkes-barre, PA 18773 | | | Opened 2/01/07 Last Active 2/01/10<br>Educational | | | | 1.00 |
| Account No. xxx5984<br><br>Sonnenschein Fnl Svcs<br>2 Transam Plaza Dr Ste 3<br>Oakbrook Terrace, IL 60181 | | | Opened 5/01/13<br>Collection Attorney Village Of Hoffman Estates | | | | 200.00 |
| Account No.<br><br>Village of Hoffman Estates<br>Re: Parking Tickets<br>411 W. Higgins Road<br>Hoffman Estates, IL 60169 | | | Representing:<br>Sonnenschein Fnl Svcs | | | | Notice Only |
| Account No. xxx4765<br><br>Sonnenschein Fnl Svcs<br>2 Transam Plaza Dr Ste 3<br>Oakbrook Terrace, IL 60181 | | | Opened 5/01/13<br>Collection Attorney Village Of Hoffman Estates | | | | 200.00 |
| Account No. xxxx9891<br><br>U S Dept Of Ed/fis/af<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116 | | | Opened 2/01/07 Last Active 3/02/13<br>Educational | | | | 31.00 |

Sheet no. _6_ of _7_ sheets attached to Schedule of    Subtotal
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)    432.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Shameeka Jenkins                                    Case No.  15-12865
                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx2222<br><br>U S Dept Of Ed/fis/at<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116 | | - | Opened 2/01/07 Last Active 3/02/13<br>Educational | | | | 30.00 |
| Account No. xxxx8501<br><br>Unique National Collec<br>119 E Maple St<br>Jeffersonville, IN 47130 | | - | Opened 11/04/13<br>Collection Attorney Poplar Creek Public Library | | | | 107.00 |
| Account No.<br><br>Village of Hoffman Estates<br>Re: Adminstative fees<br>411 W. Higgins Road<br>Hoffman Estates, IL 60169 | | - | | | | | 500.00 |
| Account No.<br><br>Village of Mount Prospect<br>Attn Tickets<br>112 E Northwest Hwy<br>Mount Prospect, IL 60056 | | - | Tickets | | | | 500.00 |
| Account No. mult accts<br><br>Xls/fortress<br>1500 West Third St Ste 126<br>Cleveland, OH 44113 | | - | Opened 1/01/08 Last Active 11/30/09<br>Educational | | | | 1.00 |

Sheet no. 7 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,138.00

Total (Report on Summary of Schedules)  32,735.44

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re  Shameeka Jenkins
　　　　　　　　　　　　　　　　　　　　　　　Case No. **15-12865**
　　　　　　　　　　　　Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Agha Ali**<br>171 Basswood Dr<br>Elk Grove Village, IL 60007 | **Residential Lease** |

0
___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases
Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com　　　　　　　　　　Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Shamecka Jenkins**     Case No. **15-12865**
           Debtor(s)     Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __23__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 4, 2015**     Signature **/s/ Shamecka Jenkins**
                                                 Shamecka Jenkins
                                                 Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy